UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ERNEST SAXON,

                              Plaintiff,

                                                                                                       SCHEDULING ORDER

                                                                                                     05-CV-6336L

           v.

JAMES T. CONWAY, et al.,

                              Defendants.
_____

    A status conference was scheduled for August 20, 2008, but because the Department of Corrections failed to produce the plaintiff inmate for the telephone conference, none was held. Nevertheless, in preparation for the conference, the Court reviewed the file and docket entries, and I believe the following schedule is necessary to complete pretrial matters in the case.

    1. Plaintiff is again reminded that it is his obligation to keep this Court advised of his current address.

    2. It appears that plaintiff made a discovery demand which has not yet been responded to by the defendants. Therefore, I direct defendants to respond to any outstanding discovery requests within forty-five (45) days of entry of this order.

    3.  I will grant defendants leave to file a dispositive motion, but such motion must be filed on or before November 14, 2008.  Plaintiff will have thirty (30) days from receipt of that motion to respond.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       August 21, 2008.